UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE URENO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　　Respondent. | Case No. CV 16-09547 DSF (RAO)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Habeas Action Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: 1/4/17

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE